**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 15-7744**

———————————

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

  v.

STEVEN LAVOUR TWITTY,

    Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Cameron McGowan Currie, Senior District Judge.  (0:98-cr-00826-CMC-1; 0:15-cv-02797-CMC)

———————————

Submitted:  March 23, 2017      Decided:  March 31, 2017

———————————

Before MOTZ and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Steven Lavour Twitty, Appellant Pro Se.  Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Lavour Twitty appeals from the district court's order denying his 28 U.S.C. § 2255 (2012) motion. He argues that he was improperly sentenced as a career offender. Twitty's claim is barred by *Beckles v. United States*, __ U.S. __, No. 15-8544, 2017 WL 855781 (U.S. Mar. 6, 2017). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*